# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JUSTIN COLEMAN,** : | |
| : | Hon. Joseph H. Rodriguez |
| **Plaintiff,** : | |
| : | Civil No. 17-2581 |
| **v.** : | |
| : | |
| **DELANEYS' CAPE MAY, LLC** : | |
| : | **ORDER** |
| : | |
| **Defendants.** : | |

    This matter having come before the Court on Motion for Summary Judgment of Defendant Miquon, Inc. [Dkt. No. 20]; and the Court having considered the written submissions of the parties, as well as the arguments advanced at the hearing on April 16, 2019; and for the reasons expressed on the record that day, as well as those set forth in the Court's Opinion of even date,

    IT IS on this 17th Day of December, 2019 hereby

    ORDERED that Defendant Miquon, Inc.'s Motion for Summary Judgment [Dkt. No. 20] is GRANTED.

                            s/ Joseph H. Rodriguez
                            Hon. Joseph H. Rodriguez,
                            UNITED STATES DISTRICT JUDGE